UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

LINDA PURSELLEY,

           Plaintiff,

   v.

LIFECELL CORP., *et al.*,

           Defendants.

Case No. 2:22-cv-1657 (BRM) (LDW)

**ORDER**

**THIS MATTER** is opened to the Court on the Report and Recommendation of the Honorable Leda D. Wettre, U.S.M.J., dated June 3, 2024 (ECF No. 17), wherein she recommends that plaintiff Linda Purselley's ("Plaintiff") motion to restore her Complaint (ECF No. 14) be granted because Plaintiff has satisfied the minimal requirements set by the Court for restoration of her Complaint. (ECF No. 17.)

The parties were given the opportunity to respond or object to Judge Wettre's Report and Recommendation within 14 days after being served with a copy, pursuant to Federal Rule of Civil Procedure 72(b)(2); to date, no party has responded or objected to the Report and Recommendation.[1] Having reviewed the Report and Recommendation; and it appearing the Court should adopt the Report and Recommendation without modification;

**IT IS** on this 8th day of July 2024,

---

[1] Defendant LifeCell Corporation ("Defendant") opposed Plaintiff's motion (ECF No. 15), stating "if Plaintiff is permitted to restore her Complaint, she should be required to resume as a Bellwether Trial Pool Case." (ECF No. 15 at 2.) In her Report and Recommendation, Judge Wettre states that any dispute as to whether Plaintiff's action should be reinstated to the bellwether trial pool, counsel should engage in a good-faith meet-and-confer. (ECF No. 17 at 2.) Defendant did not object to the Report and Recommendation.

**ORDERED** that the Report and Recommendation (ECF No. 17) is hereby adopted in its entirety and entered; and it is further

**ORDERED** that the motion to restore (ECF No. 14) is **GRANTED**.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**
